R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Plaintiff
 Gloria Ilagan

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLORIA ILAGAN,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII<br>DEPARTMENT OF EDUCATION,<br>HERBERT WATANABE,<br>PATRICIA HAMAMOTO,<br>WILFRED MURAKANI, and<br>ALVIN RHO,<br><br>                Defendants. | CIVIL NO. 03-553-SOM-LEK<br><br>SATISFACTION OF ORDER FILED<br>DECEMBER 8, 2005 TAXING<br>COSTS AGAINST PLAINTIFF IN<br>THE AMOUNT OF $2,511.25 |

ilagan\satisf ord 120805 040606

**SATISFACTION OF ORDER FILED DECEMBER 8, 2005
TAXING COSTS AGAINST PLAINTIFF IN THE
AMOUNT OF $2,511.25**

COMES NOW the State of Hawaii, Department of Education, *et al*, by and through its attorneys, and hereby enters satisfaction of the Order filed December 8, 2005 adopting the report of the Special Master on Plaintiff's objections to Defendants' Bill of Costs filed August 5, 2005, taxing costs herein against the Plaintiff in the sum of $2,511.25.

DATED: Honolulu, Hawaii, this 5th day of May, 2006.

_____
JAMES E. HALVORSON
Deputy Attorney General
Attorneys for Defendants
  State of Hawaii, Department of
  Education, *et al*