

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLORIA ILAGAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF HAWAII, Department of Education; et al.,<br><br>Defendants - Appellees. | No. 05-16560<br><br>D.C. No. CV-03-00553-SOM/LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2006

at __1__ o'clock and ___ min. __M
SUE BEITIA, CLERK

The court is in receipt of appellant's correspondence dated June 8, 2006, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 16 2006

by: _____
Deputy Clerk

_____
David E. Lombardi, Jr.
Chief Circuit Mediator