```
INTERNAL USE ONLY: Proceedings include all events.
05-16560 Ilagan v. State of Hawaii, et al
```

GLORIA ILAGAN
    Plaintiff - Appellant

R. Steven Geshell, Esq.
808/396-7701
Suite 116
[COR LD NTC ret]
6600 Kalanianaole Hwy.
Honolulu, HI 96825

  v.

STATE OF HAWAII, Department of Education
    Defendant - Appellee

Ryan W. Roylo, DAG
808-587-2900
15th Floor
[COR LD NTC dag]
Jennifer R. Salvador Kehe, DAG
808-587-2900
15th Floor
[COR LD NTC dag]
ATTY GENERAL STATE OF HAWAII
Dept of Education
235 S Beretania St.
Honolulu, HI 96813

HERBERT WATANABE, Chair of Hawaii State Board of Education Schools
    Defendant - Appellee

Ryan W. Roylo, DAG
(See above)
[COR LD NTC dag]
Jennifer R. Salvador Kehe, DAG
(See above)
[COR LD NTC dag]

PATRICIA HAMAMOTO, Dr., Superintendent of Hawaii Public Schools
    Defendant - Appellee

Ryan W. Roylo, DAG
(See above)
[COR LD NTC dag]
Jennifer R. Salvador Kehe, DAG
(See above)
[COR LD NTC dag]

WILFRED MURAKAMI, Principal, Kealakehe High School
    Defendant - Appellee

Ryan W. Roylo, DAG
(See above)
[COR LD NTC dag]
Jennifer R. Salvador Kehe, DAG
(See above)
[COR LD NTC dag]

ALVIN RHO, The Hawaii Schools Kealakehe Superintendent
    Defendant - Appellee

Ryan W. Roylo, DAG
(See above)
[COR LD NTC dag]
Jennifer R. Salvador Kehe, DAG
(See above)
[COR LD NTC dag]